IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**EDWIN ARMIJO and**
**EDWINA ARMIJO, on**
**Behalf of their Minor Son, J.P.,**

       **Plaintiffs,**

v.                                        CIV 09-0284 LAM/ACT

**GREG VALENTINO, an Officer**
**of the Socorro, New Mexico Police**
**Department, in his Individual Capacity,**

       **Defendant.**

## ORDER TO FILE CLOSING DOCUMENTS

The parties have agreed to a settlement of this case. Insofar as the settlement relates to the minor children, the settlement has been approved by the Court. Therefore, the Court will establish a deadline for the submission of closing documents for this case.

**IT IS THEREFORE ORDERED** that closing documents for this case must be filed no later than **Thursday, September 30, 2010**, absent a request for an extension and a showing of good cause.

**IT IS SO ORDERED.**

                                                            *Lourdes A. Martínez*
                                          **LOURDES A. MARTÍNEZ**
                                          **UNITED STATES MAGISTRATE JUDGE**
                                          **Presiding by Consent**