## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

**EDWIN ARMIJO and**
**EDWINA ARMIJO, on**
**Behalf of their Minor Son, J.P.,**

       **Plaintiffs,**

**v.**                           **CIV 09-0284 LAM/ACT**

**GREG VALENTINO, an Officer**
**of the Socorro, New Mexico Police**
**Department, in his Individual Capacity,**

       **Defendant.**

## <u>ORDER RESETTING ORDER TO SHOW CAUSE HEARING</u>

| | |
|---|---|
| MATTER(S) TO BE HEARD: | **Hearing re** *Order to Show Cause* (*Doc. 52*) **and matters set forth therein** |
| DATE AND TIME OF HEARING: | **Tuesday, December 7, 2010 @ 2:30 p.m.** |
| LOCATION: | U.S. Courthouse and Federal Building, Picacho Courtroom, 4th Floor, (South Tower), 100 N. Church, Las Cruces, NM, before U.S. Magistrate Judge LOURDES A. MARTÍNEZ |

       **This hearing is being re-set at the request of Plaintiffs' attorney Dennis Montoya.** *See Plaintiff's Unopposed Motion to Continue Show Cause Hearing Scheduled for November 8, 2010 (Doc. 53)***. After contacting Mr. Montoya's assistant and confirming Mr. Montoya's availability on the above-stated date, the Court is re-setting this hearing to accommodate Mr. Montoya's schedule. Mr. Montoya will work diligently to reschedule any conflicting matters that may arise so that this hearing may go forward as set.**

       **Mr. Montoya is required to send by Certified Mail with Return Receipt Requested a copy of the Court's** *Order to Show Cause* (*Doc. 52*) **and a copy of this** *Order Resetting Order to*

*Show Cause Hearing* to his clients, Plaintiffs Edwin and Edwina Armijo, and shall immediately notify the Court that he has done so. Such notification shall include a copy of the signed Return Receipt, and may be faxed to the Court at 575-528-1655.

Plaintiffs Edwin and Edwina Armijo and their attorney, Mr. Montoya, shall appear <u>in-person</u> for the hearing. Mr. Childress may appear telephonically and Judge Martínez shall be responsible for initiating and coordinating the call. Please notify her secretary, Cathy Alvarez, by 11:00 a.m. the day before the hearing if you will be at a telephone number other than the one listed in the Court's file.

In addition, following this hearing, the Court will proceed with the status hearing to discuss with the parties the *Joint Motion to Approve the Settlement of a Minor's Claim and to Dismiss This Cause of Action With Prejudice* (Doc. 50) and *Notice of Compliance* (Doc. 49).

IT IS SO ORDERED.

*Lourdes A. Martínez*

**LOURDES A. MARTÍNEZ**
**UNITED STATES MAGISTRATE JUDGE**