IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**EDWIN ARMIJO and**
**EDWINA ARMIJO, on**
**Behalf of their Minor Son, J.P.,**

      **Plaintiffs,**

v.                                              **CIV 09-0284 LAM/ACT**

**GREG VALENTINO, an Officer**
**of the Socorro, New Mexico Police**
**Department, in his Individual Capacity,**

      **Defendant.**

**ORDER QUASHING ORDER TO SHOW CAUSE**

      **THIS MATTER** is before the Court on the *Order to Show Cause (Doc. 52)*, filed in this case on October 28, 2010, as a result of Plaintiffs and their counsel, Dennis Montoya, failing to appear at the October 28, 2010, telephonic status conference. The Court conducted the show cause hearing on December 7, 2010, and which Plaintiffs and Mr. Montoya appeared in-person, and counsel for Defendant appeared telephonically. *See* **Clerk's Minutes** *(Doc. 56)*. Having heard from Plaintiffs and their counsel and considered their submissions, the Court hereby **FINDS** that Plaintiffs and their counsel have provided adequate explanation regarding the matters giving rise to the order to show cause.

      **IT IS THEREFORE ORDERED** that the *Order to Show Cause (Doc. 52)* is hereby **QUASHED**.

      **IT IS SO ORDERED.**

                                                   */s/ Lourdes A. Martínez*
                                                **LOURDES A. MARTÍNEZ**
                                                **UNITED STATES MAGISTRATE JUDGE**
                                                **Presiding by Consent**