IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**EDWIN ARMIJO and**
**EDWINA ARMIJO, on**
**Behalf of their Minor Son, J.P.,**

        **Plaintiffs,**

v.                                                                          CIV 09-0284 LAM/ACT

**GREG VALENTINO, an Officer**
**of the Socorro, New Mexico Police**
**Department, in his Individual Capacity,**

        **Defendant.**

## ORDER AMENDING *ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION (Doc. 47)*

**THIS MATTER** is before the Court *sua sponte*. Pursuant to testimony heard at the December 7, 2010 hearing in this case, the Court hereby **AMENDS** its *Order Adopting Magistrate Judge's Proposed Findings and Recommended Disposition (Doc. 47)* as follows:

The modification that the Court made to the *Magistrate Judge's Proposed Findings and Recommended Disposition (Doc. 46)*, that Plaintiffs' counsel shall file under seal a quarterly accounting that includes the amounts of and reasons for all withdrawals from this account, as well as Mr. and Mrs. Armijo's signatures evidencing their approval of withdrawals from this account, is hereby amended to require an ***annual*** accounting, instead of a quarterly accounting. The first accounting is due ***January 3, 2011***. All other modifications set forth in the *Order Adopting Magistrate Judge's Proposed Findings and Recommended Disposition (Doc. 47)* remain in effect.

      **IT IS SO ORDERED.**

                                                                     _____
                                                                     **LOURDES A. MARTÍNEZ**
                                                                     **UNITED STATES MAGISTRATE JUDGE**
                                                                     **Presiding by Consent**