IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**EDWIN ARMIJO and
EDWINA ARMIJO, on
Behalf of their Minor Son, J.P.,**

      **Plaintiffs,**

v.                                                    CIV 09-0284 LAM/ACT

**GREG VALENTINO, an Officer
of the Socorro, New Mexico Police
Department, in his Individual Capacity,**

      **Defendant.**

## ORDER DISMISSING CASE

      **THIS MATTER** having come before the Court on Plaintiffs' *Joint Motion to Approve the Settlement of a Minor's Claim and to Dismiss This Cause of Action With Prejudice (Doc. 50)*, and the Court having had a hearing on the motion on December 7, 2010 at which Plaintiffs, Plaintiffs' counsel, and Defendant's counsel were present, and at which Plaintiffs stated that they understood how the settlement proceeds would be used and the trust account process, and the Court having considered the motion and the statements of the parties at the December 7, 2010 hearing, **FINDS** that the motion is well-taken and should be granted.

      **IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that (1) all claims against Defendant are dismissed with prejudice, and (2) the Court will retain jurisdiction over the settlement agreement in this case to resolve any dispute regarding the management of the minor child's settlement proceeds.

      **IT IS SO ORDERED.**

                                              _____
                                              **LOURDES A. MARTÍNEZ
UNITED STATES MAGISTRATE JUDGE
Presiding by Consent**